UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| AARON WATSON, | ) | Case No. EDCV 15-2143-AB(AJW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| JERRY BROWN, et al., | ) | |
| Respondents. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: October 22, 2015

_____
André Birotte Jr.
United States District Judge